| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jeffrey S. Schroy** | Social Security number or ITIN  **xxx−xx−2581** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **13−17227−JNP** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey S. Schroy

9/27/16                                    **By the court:**   Jerrold N. Poslusny Jr.
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-17227-JNP
Jeffrey S. Schroy                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 27, 2016
                              Form ID: 3180W           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.
```
db            Jeffrey S. Schroy,    125 Mantua Blvd Apt D,    Mantua, NJ 08051-1047
r            +Michele Iannella,    Keller Williams Realty,    1455 Kings Highway,    Swedesboro, NJ 08085-1627
cr           +PFS Financial 1, LLC,    7990 IH 10 West,   Suite 200,    San Antonio, TX 78230-4786
514089697    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
513816388     Associates in General Surgery,    Apex Asset Management,    1891 Santa Barbara Dr,
               Lancaster, PA 17601-4106
514079983    +Bank of America, N.A.,    c/o Kivitz, McKeever, Lee. P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
515114912     Bank of New York as trustee for CWALT 2004-28CB,    c/o Shellpoint Mortgage Servicing,
               PO Box 10826,    Greenville, SC 29603-0826
515114913    +Bank of New York as trustee for CWALT 2004-28CB,    c/o Shellpoint Mortgage Servicing,
               PO Box 10826,    Greenville, SC 29603-0826,    Bank of New York as trustee for CWALT 20,
               c/o Shellpoint Mortgage Servicing 29603-0826
513816390     Beau Rivage Homeowners Assoc,    Mamco Property Management,    1400 Horizon Way Suite 200,
               Mount Laurel, NJ 08054
513836624    +Borough of Glassboro,    Rosemary A. Turner C.T.C.,    1 S. Main Street,
               Glassboro, NJ 08028-2539
513816391     Braeland Mazzagatti,    501 Mullica Hill Rd Apt 69,    Glassboro, NJ 08028-1244
513816392     Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513816393    +Glassboro Tax Office,    1 S Main St,    Glassboro, NJ 08028-2539
513816396     Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
513816397     Progressive Insurance,    Credit Coll,    PO Box 9134,    Needham, MA 02494-9134
513816398     Regional Otolaryngology,    Berks Credit And Coll,    900 Corporate Dr,
               Reading, PA 19605-3340
513816399     Richard D. Stahler Sr.,    PO Box 33,    Mantua, NJ 08051-0033
513816400     UMDNJ Som General Internal Med,    Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
513816401     US Bank Cust/CCTS Capital, LLC,    Pellegrino & Feldstein, LLC,    290 Route 46,
               Denville, NJ 07834-1239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2016 23:12:19    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2016 23:12:15    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513816389     EDI: BANKAMER.COM Sep 27 2016 22:43:00    Bank Of America, N.a.,    4161 Piedmont Pkwy,
               Greensboro, NC 27410-8110
513989664    +EDI: BANKAMER.COM Sep 27 2016 22:43:00    BANK OF AMERICA, N.A.,    400 National Way,
               Bankruptcy Department Mail Stop CA6-919-,    Simi Valley, CA 93065-6414
515168957    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 27 2016 23:12:43
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
515168956    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 27 2016 23:12:43
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
515628548    +E-mail/Text: Bankruptcy_PFS@propelfs.com Sep 27 2016 23:11:45    PFS Financial 1, LLC,
               c/o Propel Financial Services, LLC,    7990 IH 10 West, Suite 200,    San Antonio, TX 78230,
               PFS Financial 1, LLC,    c/o Propel Financial Services, LLC 78230-4786
515628547    +E-mail/Text: Bankruptcy_PFS@propelfs.com Sep 27 2016 23:11:45    PFS Financial 1, LLC,
               c/o Propel Financial Services, LLC,    7990 IH 10 West, Suite 200,    San Antonio, TX 78230-4786
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513974592       Crestar Capital, L.L.C.
513816394     ##Heather Faunce,    501 Mullica Hill Rd Apt 26,    Glassboro, NJ 08028-1245
513816395     ##Henrietta Fowler,    501 Mullica Hill Rd Apt 12,    Glassboro, NJ 08028-1246
                                                                                TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Sep 27, 2016
                              Form ID: 3180W          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. f/k/a CCTS Capital, L.L.C.
               agreenberg@hgllclaw.com,    Aholmes@hgllclaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Jeffrey S. Schroy jjresq@comcast.net,    jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, et al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
               YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
               ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE PASS-THROUG bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    Bayview Loan Servicing LLC bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
               ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```