UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:

Jeffrey S. Schroy

Case No.: 13-17227 JNP

Chapter: 13

Hearing Date: 10/25/2016 at 10:00

Judge: Jerrold N Poslusny, Jr

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Joseph J. Rogers, Esquire,

   ☒ am the attorney for: Jeffrey S. Schroy, Debtor

   ☐ am self-represented

   Phone number: 856-228-7964

   Email address: jjresq@comcast.net

2. I request an adjournment of the following hearing:

   Matter: Disgorge Overpayment to Borough of Glassboro

   Current hearing date and time: 10/25/2016 at 10:00 AM

   New date requested: 11/8/2016 at 10:00 AM

   Reason for adjournment request: Counsel for creditor requested additional time to resolve correct overpayment amount.

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 10/21/16                                    /s/ Joseph J. Rogers
                                                                                   Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted                   New hearing date: 11/8/2016 at 10 am        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2