UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on January 23, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re: Jeffrey S. Schroy

Case Number: 13-17227 JNP

Judge: Jerrold N. Poslusny, Jr.

## CONSENT ORDER RESOLVING MOTION TO DISGORGE OVERPAYMENT TO BOROUGH OF GLASSBORO

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 23, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Jeffrey S. Schroy
Case No.: 13-17227 JNP
Caption of Order: CONSENT ORDER RESOLVING MOTION TO DISGORGE OVERPAYMENT
TO BOROUGH OF GLASSBORO

THIS MATTER having come before the Court by Jeffrey S. Schroy, by and through counsel,

Joseph J. Rogers, Esquire, for an Order granting his Motion to Disgorge Overpayment to the Borough

of Glassboro, and the debtor's counsel having negotiated with Steven Richardson, Esquire

representing the Borough of Glassboro and Adam Greenberg, Esquire representing US Bank as

Custodian for PFS Financial 1, assignee of Crestar Capital, and for good cause,

WHEREAS Jeffrey S. Schroy paid $33,188.78 to the Borough of Glassboro upon the sale of 26

Beau Rivage Drive, Glassboro, New Jersey for the alleged balance due on a tax sale certificate, plus

post-petition taxes and utility charges; and

WHEREAS it is agreed that payments in the amount of $11,478.78 were made to the tax

lienholder through the Chapter 13 Plan by the Chapter 13 Trustee;

IT IS on this          day of          , 2016,

ORDERED AND ADJUDGED THAT:

The parties agree that the Borough of Glassboro shall return $11,478.78 to Jeffrey S. Schroy,

pay $13,032.13 to the tax lienholder, and retain the balance of $8,677.87. In addition, the Tax

Collector shall release the premium to the lienholder pursuant to NJS 54:5-32.

The undersigned hereby consent to the form and entry of the foregoing Consent Order.

/s/

Joseph J. Rogers, Esquire
Attorney for Debtor

/s/

Steven J. Richardson, Esquire
Representing the Borough of Glassboro

Adam D. Greenberg, Esq.
Attorney for US Bank as Custodian for
PFS Financial 1, assignee of Crestar Capital

Honig & Greenberg, L.L.C.