UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on January 23, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re: Jeffrey S. Schroy

Case Number: 13-17227 JNP

Judge: Jerrold N. Poslusny, Jr.

## CONSENT ORDER RESOLVING MOTION TO DISGORGE OVERPAYMENT TO BOROUGH OF GLASSBORO

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 23, 2017**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Jeffrey S. Schroy
Case No.: 13-17227 JNP
Caption of Order: CONSENT ORDER RESOLVING MOTION TO DISGORGE OVERPAYMENT
    TO BOROUGH OF GLASSBORO

THIS MATTER having come before the Court by Jeffrey S. Schroy, by and through counsel,

Joseph J. Rogers, Esquire, for an Order granting his Motion to Disgorge Overpayment to the Borough

of Glassboro, and the debtor's counsel having negotiated with Steven Richardson, Esquire

representing the Borough of Glassboro and Adam Greenberg, Esquire representing US Bank as

Custodian for PFS Financial 1, assignee of Crestar Capital, and for good cause,

WHEREAS Jeffrey S. Schroy paid $33,188.78 to the Borough of Glassboro upon the sale of 26

Beau Rivage Drive, Glassboro, New Jersey for the alleged balance due on a tax sale certificate, plus

post-petition taxes and utility charges; and

WHEREAS it is agreed that payments in the amount of $11,478.78 were made to the tax

lienholder through the Chapter 13 Plan by the Chapter 13 Trustee;

IT IS on this            day of            , 2016,

ORDERED AND ADJUDGED THAT:

The parties agree that the Borough of Glassboro shall return $11,478.78 to Jeffrey S. Schroy,

pay $13,032.13 to the tax lienholder, and retain the balance of $8,677.87.  In addition, the Tax

Collector shall release the premium to the lienholder pursuant to NJS 54:5-32.

The undersigned hereby consent to the form and entry of the foregoing Consent Order.

/s/

Joseph J. Rogers, Esquire
Attorney for Debtor

/s/

Steven J. Richardson, Esquire
Representing the Borough of Glassboro

Adam D. Greenberg, Esq.
Attorney for US Bank as Custodian for
PFS Financial 1, assignee of Crestar Capital

Honig & Greenberg, LLC.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-17227-JNP
Jeffrey S. Schroy                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Jan 23, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db              Jeffrey S. Schroy,    125 Mantua Blvd Apt D,    Mantua, NJ  08051-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. f/k/a CCTS Capital, L.L.C.
           agreenberg@hgllclaw.com,   Aholmes@hgllclaw.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, et al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Jeffrey S. Schroy jjresq@comcast.net,   jjresq1@comcast.net
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, et al...
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    Bayview Loan Servicing LLC bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING, as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
           ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
           YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
           ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE PASS-THROUG bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                   TOTAL: 11